# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-10-00461-CV

**Michael C. Bianco d/b/a Premier Custom Home Builders and
MDJB Construction, Inc. d/b/a Premier Custom Home Builders, Appellants**

**v.**

**James Hine and Sandra Hine, Appellees**

**FROM THE DISTRICT COURT OF COMAL COUNTY, 274TH JUDICIAL DISTRICT
NO. C-2010-0201C, HONORABLE JACK H. ROBISON, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

Appellants Michael C. Bianco d/b/a Premier Custom Home Builders and MDJB Construction, Inc. d/b/a Premier Custom Home Builders have filed an unopposed motion to dismiss the appeal, explaining that they have settled their dispute with appellees James Hine and Sandra Hine. We grant the motion and dismiss the appeal.

 

_____

David Puryear, Justice

Before Justices Puryear, Pemberton and Rose

Dismissed on Appellants' Motion

Filed:   April 25, 2013